IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER LEONARD                                                                    PLAINTIFF

v.                              CIVIL NO. 4:19-cv-4122-MEF

ANDREW SAUL, Acting
Commissioner, Social Security Administration                                           DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Christopher Leonard, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner"). (ECF No. 2). On December 9, 2019, Plaintiff filed a Motion to Dismiss conceding that substantial evidence supports the Commissioner's decision and requesting that his case be dismissed without prejudice. (ECF No. 13). Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 10th day of December, 2019.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE