IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER LEONARD                                                                PLAINTIFF

v.                                    CIVIL NO. 4:19-cv-4122-MEF

ANDREW SAUL, Acting
Commissioner, Social Security Administration                                       DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion an Order, Plaintiff's Motion to Dismiss (ECF No. 13) is hereby GRANTED, and the Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED on this 10th day of December, 2019.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE